# Eric A. Liepins

| | |
|---|---|
| **From:** | Jeremiah Vance <jeremiahvance@RevolutionMonitoring.com> |
| **Sent:** | Friday, April 19, 2019 3:49 PM |
| **To:** | Eric A. Liepins |
| **Subject:** | Revolution Monitoring - Joint Appeal West Remand |
| **Attachments:** | CAAP-Checklist.pdf |
| **Importance:** | High |

Eric,

I contacted the State Bar yesterday and gave them all the details surrounding your failure to ethically handle the West appeal and motion to remand. They advised me to send you a certified letter or email clearly stating the request to file the appellate brief. They said if you fail to respond or refuse in the response, I'm to email your response and any refusal or failure to respond to the Bar with the attached grievance form and they will get involved.

**I make this request here in official capacity below:**
**As owner and manager of Revolution Monitoring, your client, I am instructing you to file a timely appellate brief on the West Remand, on behalf of your client, the debtor, Revolution Monitoring, pursuant to the enjoinder you charged Revolution for, and did in fact file on behalf of the debtor.**

Please confirm this will be done so to avoid the next steps necessary according to the State Bar instructions given me for a grievance which will be executed Monday notwithstanding.

Thank you in advance for the reconsideration of your position on this and in getting this case back on track without needing the Bars intercession.

Jeremiah Vance
Owner & Manager
Revolution Monitoring llc


Sent from my T-Mobile 4G LTE Device

1