Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| REVOLUTION MONITORING, LLC | § § § | CASE NO. 18-33730-hdh |
| REVOLUTION MONITORING MANAGEMENT LLC, | § § § § | CASE NO. 18-33731-hdh |
| REVOLUTION NEUROMONITORING LLC | § § | CASE NO. 18-33732 |
| Debtors. | § | (Jointly Administered) |

### MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW,** Joyce W. Lindauer Attorney, PLLC and files this Motion to Substitute Counsel and would show the Court as follows:

1. This Motion for Substitution of Counsel is brought by Joyce W. Lindauer ("Movant"). Movant requests the Court to substitute Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 12720 Hillcrest Road, Suite 625, Dallas, Texas 75230 in place of Eric A. Liepins, who is currently attorney of record for the Debtors herein.

2. Movant further requests that the Court authorize and approve the payment by Debtors to Movant of a retainer in the amount of $20,000.00.

3.       Movant will file the statement required pursuant to §329 and Rule 2016(b) upon substitution as counsel and payment of the requested retainer.

4.       Given the short time frames that counsel will be dealing with this is an expedited request.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that this Court grant the Motion for Substitution of Counsel, authorize the Debtors to pay Movant a retainer in the amount of $20,000.00, and for such other and further relief to which Movant may be justly entitled.

Dated: April 24, 2019.

                                        Respectfully submitted,

                                         */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtors

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on April 24, 2019, she contacted Eric Liepins regarding the substitution requested herein. Mr. Liepins indicated he did not oppose this Motion to Substitute Counsel.

                                                     */s/ Joyce W. Lindauer*
                                                     Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2019, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list and ECF electronic filing for those persons receiving ECF notices.

                                                     */s/ Joyce W. Lindauer*
                                                     Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 18-33730-hdh11<br>Northern District of Texas<br>Dallas<br>Wed Apr 24 17:27:06 CDT 2019 | Argos<br>c/o Douglas Bynum Darrell W. Cook & Asso<br>6688 North Central Expressway,  Suite 10<br>Dallas, TX 75206-3914 | Chase Ink Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| JTVanceCNIM<br>6437 Southpoint Dr.<br>Dallas, TX 75248-2109 | MBCIOM-Current Diagnostic<br>1203 Morrow Lane<br>Allen, TX 75002-4303 | RTNA<br>c/o Debbie Crafton<br>6688 North Central Expressway,<br>suite 100<br>Dallas, TX 75206-3925 |
| Revolution Monitoring, LLC<br>6437 Southport<br>Dallas, Tx 75248 | Texas Comptroller of Public Accounts<br>Courtney J. Hull<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Legal Escrow<br>c/o Bill Camp<br>8445 Freeport Parkway, suite 150<br>Irving, TX 75063-2502 |
| USMON<br>P.O. Box 9201<br>Minneapolis, MN 55480-9201 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX   75242-0996 | West<br>320 South RL Thornton Freeway, Ste 300<br>Dallas, TX 75203-1842 |
| World Global Cap/Cardinal Funding MCA Remata<br>17 State Street Suite 400<br>New York, NY 10004-1551 | Xynergy Healthcare Capital II, LLC<br>c/o Wells & Cuellar, PC<br>440 Louisiana, Suite 718<br>Houston, TX 77002-1058 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Acosta<br>Jay Acosta<br>7511 Crown Oaks Dr.<br>Baton Rouge, LA 70806-7695 | Aetna Inc.<br>Aaron McCollough<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601-1818 | Argos<br>c/o Douglas Bynum<br>Darrell W. Cook & Associates<br>6688 North Central Expressway, Suite 100<br>Dallas, TX 75206-3925 |
| Bank Direct/ Finance Commitment<br>two Conway Park<br>150 North Field Dr.  Ste 190<br>Lake Forest, IL 60045-2594 | Brady Wyatt Global Deposition Services<br>4950 N. O'connor Rd Ste 152<br>Irving, Tx 75062-2296 | CAN Financial<br>23453 Network Place<br>Chicago, IL 60673-1234 |
| Cardinal Funding<br>30 Broad Street, 14th Floor, Suite 14108<br>New York, NY 10004-2304 | CareNow<br>645 E. State Highway 121 Ste 600<br>Coppell, Tx 75019-7942 | Center for Neurological Disorders<br>1000 Houston St #200<br>Fort Worth, Tx 76102-6415 |
| Hartford Workcomp<br>PO Box 660916<br>Dallas, TX 75266-0916 | Health<br>PO Box 731428<br>Dallas, Tx 75373-1428 | Hersh Law Firm<br>3626 N. Hall St. Ste 800<br>Dallas, Tx 75219-5133 |
| High<br>William High<br>Beaumont, Tx 77701 | HireRight<br>PO Box 9005<br>Addison, Tx 75001-9005 | Hotspots<br>P.O. BOx 742596<br>Cincinnati, OH 45274-2596 |

Husch Blackwell
PO Box 790379
Saint Louis 63179-0379

Hyson
Morton Hyson
Las Vegas, NV 89106

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

John McHalffey
6350 Desert Willow Dr
El Paso, TX 79938-9377

Julia Griffin
5606 Goodwin Ave
Dallas, TX 75206-6215

Kimberly A. Walsh
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

MPS
3400 Waterview PKWY Ste 305
Richardson, TX 75080-1566

Mitchell
Thomas Mitchel
Plano, Tx 75074

Munck Wilson Mandala
Marcie
12770 Coit Road Dallas
Dallas, Tx 75251-1336

Munck Wilson Mandala, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251-1360

Myles
PO Box 551
Colleybille, Tx 76034-0551

NaviCure
NaviCure 770-342-0200 2055 Sugarloaf Cir
Ste 600
Duluth, Ga 30097-4363

ONeil Wysocki, P.C.
5323 Spring Valley Road, Suite 150
Dallas, TX 75254-2471

Pantera
Richard Pantera
Visalia, Ca 93291

Park City
555 Republic Dr. Ste
Plano, Tx 75074-5481

PathAdvantage
PO Box 224138
Dallas, Tx 75222-4138

Rhythmlink
Misan Blair
PO Box 2045
Columbia, Sc 29202-2045

Sageland
Rebecca Valdovinos
1350 N. Grant St
Kennewick, Wa 99336-1355

Schwabe
Fred Smith
1211 SW Fifth Avenue  Ste 1900
Portland, OR 97204-3795

Seirra Radiation
PO Box 301568
Escondido, Ca 92030-1568

St of NV Mod Business Tx
St. of NV Department of Tx 775-684-2000
1550 college Parkway Ste 115
Carson City, NV 89706-7937

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Teledoc
Teledoc Dept 3417 PO Box 123417
Dallas, Tx 75312-3417

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

UnitedHealthcare Insurance Company
ATTN:CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Wade L. McClure
MAYER LLP
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201-3207

West
320 South R L Thornton Freeway Ste 300
Dallas, Tx 75203-1842

Wolinsky
Joel Wolinsky
Ste A Sugarland Tx 77478

World Global Cap/Cardinal Funding MCA
Remata Bukhman
17 State Street Suite 400
New York, NY 10004-1551

Xynergy Healthcare Capital II
2650 N. Military Trail Suite 420
Boca Raton, FL 33431-6389

```
Xynergy Healthcare Capital II, LLC      Eric A. Liepins                          Fred Smith
c/o Wells & Cuellar, P.C.               Eric A. Liepins, P.C.                    Schwabe
440 Louisiana, Suite 718                12770 Coit Rd., Suite 1100               1211 SW Fifth Avenue Ste 1900
Houston, Texas 77002-1058               Dallas, TX 75251-1329                    Portland, OR 97204-3795


Joel Wolinsky                           Marcie Mandela                           Munck Wilson
Ste A                                   12770  Coit Road                         12770  Coit Road
Sugarland, TX 77478                     Dallas, TX 75251-1336                    Dallas, TX 75251-1336



Richard Pantera                         Thomas Mitchell
Pantera                                 843 NE 29th Street
Visalia, CA 93291                       Grand Prairie, TX 75050-4315




                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)I.F. Group                           (u)Integrity Billing Holdings            (u)Intergrity Medical Management




(u)ONeil Wysocki, P.C.                  (u)Argos IOM Services, LLP and Martha (Lisa)    (u)Cadwell
                                                                                        Cadwell James Bryant
                                                                                        NO Address




(d)Center for Neurological Disorders    (d)Chase Ink Card                        (u)Concentra
1000 Houston Street #200                P.O. Box 15153                           NO Address
Fort Worth, TX 76102-6415               Wilmington, DE 19886-5153




(u)EDD - California PR Tax              (du)Integrity Billing Holdings           (u)Integrity Medical Management
NO Address                                                                       NO Address




(d)JTVanceCNIM                          (u)Jason Fanselau                        (u)Leslie Helm
6437 Southpoint Dr                      NO Address                               NO Address
Dallas, Tx 75248-2109




(d)MBCIOM - Current Diagnostic          (u)Natus                                 (u)O'Neil Wysocki
1203 Morrow Lane                        NO Address
Allen, Tx 75002-4303
```