Format

**Name of Insurance Company** (Payer ID)
1. Physical Address or Headquarters' Address
2. Name of Registered Agent or RA Address (if known)
    a. Address of Registered Agent (if known)
3. Name of Legal Representative or Legal Department Address (if known)
    a. Legal Department Address (if known)

| | |
|---|---|
| **The 702 Law Firm**<br>1. 400 S. 7th St. Las Vegas, NV 89101 | **Absolute Total Care**<br>1. 1441 Main Street # 900 Columbia, SC 29201<br>2. C T Corporation System<br>    a. 2 Office Park Court Suite 103 Columbia, SC 29223<br>3. PO Box 3050 Farmington, MO 63640 |
| **ACCIDENT FUND HOLDINGS, INC.** (J1790)<br>1. 200 North Grand Ave., Lansing, MI 48933<br>2. KEVIN ZIELKE<br>    a. 200 North Grand Ave., Lansing, MI 48933<br>3. PO Box 40790, Lansing, MI 40891 | **Advicare, Corp.** (out of business); **Wellcare of South Carolina, INC.** (14163)<br>1. 8725 Henderson Road Tampa, FL 33634<br>2. CT Corporation System<br>    a. 2 Office Park Court Suite 103 Columbia, SC 29223 |
| **Wellcare of South Carolina, Inc.** (14163)<br>1. 8725 Henderson Road Tampa, FL 33634<br>2. C T Corporation System<br>    a. 2 Office Park Court Suite 103 Columbia, SC 29223<br>3. Well Care<br>    a. PO Box 31386 Tampa, FL 33631 | **Aetna Health, Inc.** (39065)<br>1. 9494 SW Freeway, Ste. 300 Houston, TX 77074<br>2. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136<br>3. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136 |
| **Aetna Health, Inc.** (60054)<br>1. 9494 SW Freeway, Ste. 300 Houston, TX 77074<br>2. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136<br>3. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136 | **AIG Specialty Insurance Co.** (19402)<br>1. 175 Water St 18th Floor New York, NY 10038<br>2. Corporation Service C Incorporating Service Company<br>    a. 701 Brazos St., Ste. 1050 Austin, TX 78701<br>3. Corporation Service C Incorporating Service Company<br>    a. 701 Brazos St., Ste. 1050 Austin, TX 78701 |
| **Morris Bart, LLC**<br>1. 601 Poydras St Floor 24 New Orleans, LA 70130<br>3. Morris Bart, LLC<br>    a. 601 Poydras St Floor 24 New Orleans, LA 70130 | **AmeriBen Solutions Inc.** (75137)<br>1. P.O. Box 7186 Boise, ID 83642<br>2. Bryan W. Hall<br>    a. 2888 W Excursion Ln Meridian, ID 83642<br>3. AmeriBen Solutions Inc.<br>    a. P.O. Box 7186 Boise, ID 83642 |
| **American Mining Insurance Company** (J1524)<br>1. 3490 Independence Drive Birmingham, AL 35209<br>2. Vivian Imperial<br>    a. 818 West Seventh Street Suite 930 Los Angeles, CA 90017<br>3. Vivian Imperial<br>    a. 818 West Seventh Street Suite 930 Los Angeles, CA 90017 | **Amerigroup Texas, Inc.** (26375)<br>1. 823 Congress Ave Ste 400 Austin, TX 78701<br>2. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136<br>3. CT Corporation System<br>    a. 1999 Bryan St., Ste 900 Dallas, TX 75201-3136 |

| | |
|---|---|
| **AmTrust Financial Services, Inc.** (12491)<br>1. 59 Maiden Lane, 43rd Floor<br>    New York, NY 10038<br>2. CORPORATION SERVICE COMPANY<br>    a. 80 State Street Albany, NY 12207<br>3. CORPORATION SERVICE COMPANY<br>    a. 80 State Street Albany, NY 12207 | **ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY** (00542)<br>1. 220 Virginia Avenue Indianapolis, IN 46204<br>2. C T CORPORATION SYSTEM<br>    a. 818 West Seventh Street Suite 930<br>       Los Angeles, CA 90017 |
| **ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY** (BC001)<br>1. 220 Virginia Avenue Indianapolis, IN 46204<br>2. CT Corporation System<br>    a. 111 Eighth Ave 13th Fl<br>       New York, NY 10011 | **Anthem Insurance Companies, Inc.** (00050)<br>1. 120 Monument Circle Indianapolis, IN 46204<br>2. William Garrido<br>    a. 14 Wall Street, 14th Floor<br>       New York, NY 10005<br>3. William Garrido<br>    a. 14 Wall Street, 14th Floor<br>       New York, NY 10005 |
| **ANTHEM INSURANCE COMPANIES, INC.** (00265)<br>1. 9133 W Russell Rd Las Vegas, NV 89148<br>2. William Garrido<br>    a. 14 Wall Street, 14th Floor<br>       New York, NY 10005<br>3. William Garrido<br>    a. 14 Wall Street, 14th Floor<br>       New York, NY 1000 | **ARIEL THIRD PARTY ADMINISTRATORS, INC.**<br>1. 1205 Colonial Life Blvd W STE W<br>    Columbia, SC 29210-7671<br>2. CURTIS C. STEWART<br>    a. 1205 Colonial Life Blvd<br>       Columbia, SC 29210<br>3. CURTIS C. STEWART<br>    a. 1205 Colonial Life Blvd<br>       Columbia, SC 29210 |
| **ASSOCIATED RISK MANAGEMENT, INC.** (63240)<br>1. 1027 S Carson St Carson City, NV 89701<br>2. KENNETH BROWN<br>    a. 1027 S Carson St<br>       Carson City, NV 89701 | **Blue Cross and Blue Shield of Texas, Inc** (00900)<br>1. 1001 E. Lookout Drive Richardson, TX 75802<br>2. Ronald Taylor<br>    a. 901 South Central Expwy<br>       Richardson, TX 75080<br>3. 801 Adlai Stevenson Drive<br>    Springfield, IL 62703 |
| **Blue Cross and Blue Shiled of Texas, Inc** (84980)<br>1. 1001 E. Lookout Drive Richardson, TX 75802<br>2. Ronald Taylor<br>    a. 901 South Central Expwy<br>       Richardson, TX 75080<br>3. 801 Adlai Stevenson Drive Springfield, IL 62703 | **Blue Cross and Blue Shield of Texas, Inc** (00690)<br>1. 1001 E. Lookout Drive Richardson, TX 75802<br>2. Ronald Taylor<br>    a. 901 South Central Expwy<br>       Richardson, TX 75080<br>3. 801 Adlai Stevenson Drive<br>    Springfield, IL 62703 |
| **BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.** (00700)<br>1. 101 Huntington Ave., Ste. 1300<br>    Boston, MA 02199<br>2. CORPORATION SERVICE COMPANY<br>    a. 84 State Street Boston, MA 02109 | **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA** (00402)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>    a. I-20 at Alpine Road, AA-270<br>       Columbia, SC 29219<br>3. Attention Legal Department: I20 at Alpine Rd AA-270 Columbia, SC 29219 |
| **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA** (00880)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>    a. I-20 at Alpine Road, AA-270 Columbia, SC 29219<br>3. Attention Legal Department: I20 at Alpine Rd AA-270 Columbia, SC 29219 | **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA** (SB880)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>    a. I-20 at Alpine Road, AA-270<br>       Columbia, SC 29219<br>3. Attention Legal Department: I20 at Alpine Rd AA-270 Columbia, SC 29219 |

| | |
|---|---|
| **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA** (SB900)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>   a. I-20 at Alpine Road, AA-270 Columbia, SC 29219<br>3. Teresa Spatharos<br>   a. I-20 & Alpine Rd Columbia, SC 29219 | **BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA** (00401)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>   a. I-20 at Alpine Road, AA-270 Columbia, SC 29219<br>3. Attention Legal Department: I20 at Alpine Rd AA-270 Columbia, SC 29219 |
| **BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.** (00601)<br>1. 220 Virginia Avenue Indianapolis, IN 46204<br>2. C T Corporation System<br>   a. 289 S Culver St Lawrenceville, GA 30046-4805 | **BLUECHOICE HEALTHPLAN OF SOUTH CAROLINA, INC.** (00403)<br>1. I-20 & Alpine Rd Columbia, SC 29219<br>2. Duncan S. Mcintosh<br>   a. I-20 at Alpine Road, AA-270 Columbia, SC 29219<br>3. Attention Legal Department: I20 at Alpine Rd AA-270 Columbia, SC 29219 |
| **BLUECHOICE HEALTHPLAN OF SOUTH CAROLINA, INC.** (00922)<br>1. 4101 Percival Rd Columbia, SC 29229<br>2. Duncan S. Mcintosh<br>   a. I-20 at Alpine Road, AA-270 Columbia, SC 29219<br>3. 1000 Executive Center Dr. Greenville, SC 29615 | **BLUECROSS BLUESHIELD OF TENNESSEE, INC.** (00890)<br>1. 1 Cameron Cir. Chattanooga TN<br>2. Anne Hance<br>   a. 1 Cameron Hill Cir Chattanooga, TN 37402-9815 |
| **Boon-Chapman Benefit Administrators, Inc.** (74238)<br>1. 9401 Amberglen Blvd Building I Suite 100 Austin, TX 78729<br>2. Kevin Chapman<br>   a. 9401 Amberglen Blvd Building I Suite 100 Austin, TX 78729<br>3. Boone Chapman - PO Box 9201 Austin, TX 78766 | **Builders Mutual Insurance Company** (J1968)<br>1. 1033 Wade Ave Suite 202 Raleigh, NC 27605<br>2. James Stuart<br>   a. 5580 Centerview Drive Raleigh, NC 27606<br>3. Po Box 150006 Raleigh, NC 27624 |
| **Care N' Care Insurance Company Inc.** (37228)<br>1. 1701 River Run suite 402 Fort Worth, TX 76107<br>2. N/A<br>3. 1701 River Run suite 402 Fort Worth, TX 76107 ATTN: Legal Department | **Care Improvement Plus Group Management, LLC** (87726)<br>1. 540 Center Ste 150 San Antonio, TX 78202-2709<br>2. The Corporation Trust, Incorporated<br>   a. 2405 York Road Suite 201 Lutherville Timonium, MD 21093-2264 |
| **CAREFIRST of MARYLAND, INC.** (SB880)<br>1. 1501 S. Clinton St. Baltimore, MD 21224<br>2. The Corporation Trust, Incorporated<br>   a. 2405 York Road, Suite 201 Lutherville Timonium, MD 21093-2264 | **Cannon Cochran Management Services Inc**<br>1. 2 East Main Street Towne Centre Building Danville, IL 61832<br>2. C T Corporation System<br>   a. 208 So Lasalle St, Suite 814 Chicago, IL 60604 |
| **CCMSI HOLDINGS, INC.**<br>1. 2 East Main St Danville, IL 61832<br>2. C T CORPORATION SYSTEM<br>   a. 208 So Lasalle St, Suite 814 Chicago, IL 60604-1101 | **CIGNA BEHAVIORAL HEALTH OF TEXAS** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |

| | |
|---|---|
| **Cigna Insurance Agency LLC.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 | **CIGNA HEALTHCARE OF TEXAS, INC.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| **CIGNA BEHAVIORAL HEALTH, INC.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 | **CIGNA Health Management, Inc.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| **CIGNA HEALTH NETWORK, INC.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 | **CIGNA Insurance Agency, LLC** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| **CIGNA Insurance Agency, LLC** (80705)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 | **CIGNA INTEGRATED CARE, INC.** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| **CIGNA RE CORPORATION** (62308)<br>1. 900 Cottage Grove Rd Hartford, CT 06152-0001<br>2. C T CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 | **Claims Management Inc.** (J1004)<br>1. 922 W. Walnut St. Rogers, AR 72756<br>2. CSC<br>   a. 251 Little Falls Drive Wilmington, DE 19808<br>3. One Upper Pond Road, Building F, 4th Floor Parsippany, NJ 07054 |
| **Community Care HMO, Inc.** (73143)<br>1. Williams Center Tower II Tulsa, OK 74103<br>2. REMSEN R. BEITEL III<br>   a. 218 W Sixth St Tulsa, OK 74119 | **Corizon Health, Inc.**<br>1. Jill P. Moldrem, 103 Powell Ct Brentwood, TN 37027-7046<br>2. C T CORPORATION SYSTEM<br>   a. 300 Montvue Rd Knoxville, TN 37919-5546 |
| **CNA Financial Corporation**<br>1. 151 N Franklin St Chicago, IL 60606<br>2. STATHY DARCY<br>   a. 151 N Franklin St Chicago, IL 60606<br>3. 151 N Franklin St Chicago, IL 60606 | **COVENTRY CARELINK INSURANCE SERVICES, LLC** (25133)<br>1. 1302 Concourse Dr Linthicum Heights, MD 21090<br>2. C T Corporation System<br>   a. 2 Office Park CT STE 103 Columbia SC 29223 |
| **COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.** (25133)<br>1. 6705 Rockledge Drive Bethesda, MD 20817<br>2. THE CORPORATION TRUST, INCORPORATED<br>   a. 2405 YORK ROAD, Suite 201 LUTHERVILLE-TIMONIUM, MD 21093-2264 | **CommunityCare, Inc.** (73143)<br>1. Williams Center Tower II Two West Second Street, Suite 100 Tulsa, OK 74103<br>2. Remsen R. Beitel Iii<br>   a. 218 W Sixth St Tulsa, OK 74119<br>3. 218 W Sixth St Tulsa, OK 74119 |

| | |
|---|---|
| **CULINARY HEALTH FUND ADMINISTRATIVE SERVICES, LLC** (59140)<br>1. 1901 Las Vegas Boulevard South, Suite 107 Las Vegas, NV 89104<br>2. Kathy Silver<br>    a. 1901 Las Vegas Blvd South, Suite 101 LAS VEGAS, NV 89104 | **EDISON HEALTH NETWORK, LLC** (J1817)<br>1. 6303 E 102nd St. Tulsa, OK 74137<br>2. Michael J. King<br>    a. 2448 East 81st Street Suite 5900 Tulsa. OK 74137 |
| **EMC Insurance Companies**<br>1. 2505 N Plano Rd # 2000 Richardson, TX 75082<br>3. ATTN: Legal Department 2505 N Plano Rd # 2000  Richardson, TX 75082 | **Employers Holdings, Inc.** (J1231)<br>1. 10375 Professional Circle Reno, NV 89521<br>3. PO Box 32036 Lakeland, FL 33802 |
| **Employers Risk Management Services L.L.C.**<br>1. 5046 Laura Lane, Woodworth, LA 71485<br>2. Lyman B. Phillips, Jr.<br>    a. 5046 Laura Lane, Woodworth, LA 71485 | **Entrust, LLC** (36878)<br>1. 22322 Grand Corner Dr Ste 200 Katy, TX 77494-5941<br>2. C T Corporation System<br>    a. 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 |
| **Esis, Inc.**<br>1. 436 Walnut Street Philadelphia, PA 19106<br>2. C T CORPORATION SYSTEM<br>    a. 436 Walnut Street Philadelphia, PA 19106<br>3. Alison Hathoway<br>    a. PO BOX 6563 Scranton, PA 18505 | **F & M Benefits Inc**<br>1. 912 White Aster Court Dacula, GA 30019<br>2. Beth S. Hilscher, P.C.<br>    a. 671 Main Street, Suite 200 Suwanee, GA    30024 |
| **FARA Insurance Services**<br>1. 4040 Essen Ln Suite 200 Baton Rouge, LA 70809<br>3. 4040 Essen Ln Suite 200 Baton Rouge, LA 70809 | **Federate Mutual Insurance Company**<br>1. 121 E Park Sq Owatonna, MN<br>2. 200 E. Gaines Street, P O Box 6200 Tallahassee, FL 32399<br>3. 200 E. Gaines Street, P O Box 6200 Tallahassee, FL 32399 |
| **Gallagher Bassett Services, Inc.** (TP057)<br>1. 11940 Jollyville Rd Suite 210 Austin, TX 78759<br>2. Prentice Hall Corporation System<br>    a. 505 5th Ave Suite 729 Des Moines, IA 50309<br>3. 505 5th Ave Suite 729 Des Moines, IA 50309 | **Gilsbar, INC.** (62308)<br>1. 2100 Covington Centre Covington, LA 70433<br>2. Henry J. Miltingburger Jr.<br>    a. PO 998 Covington, LA 70433<br>3. 2100 Covington Centre Covington LA, 70433 |
| **Golden Rule Insurance CO** (37602)<br>1. 7440 Woodland Dr. Indianapolis, IN 76278<br>2. C T Corporation system<br>    a. 150 West Market St. suite 800 Indianapolis, IN 76204<br>3. 7400 Woodland Dr. Indianapolis, IN 76278 | **Government Employees Health Association, INC.** (57254)<br>1. 310 N.E. Mulberry St. Lees Summit, MO 64086<br>2. C T Corporation system<br>    a. 120 South Central Ave Clayton, MO 63105<br>3. 120 South Central Ave Clayton, MO 63105 |
| **Government Office**<br>1. 800 Dutch Square Blvd #160 Columbia, SC 29210 | **Government Employees Health Association, INC.** (44054)<br>1. 310 N.E. Mulberry St. Lees Summit, MO 64086<br>2. C T Corporation system<br>    a. 120 South Central Ave Clayton, MO 63105<br>3. 120 South Central Ave Clayton, MO 63105 |

| | |
|---|---|
| **GPA Holding, Inc.** ( 48143)<br>1. 12770 Merrit Dr. Suite 200 Dallas, TX<br>2. Jerry L. McPeters<br>   a. Park Central 8, 17220 Merit Drive, 2nd Floor Dallas, TX 75251 | **Health Net, LLC** (95567)<br>1. 21650 Oxnard Street Woodland Hills, CA<br>2. C T CORPORATION SYSTEM<br>   a. 120 South Central Avenue Clayton, MO 63105 |
| **Health Network Group LLC**<br>1. 30 Fox Hunt Dr. Bear, DE 19701<br>2. Sullivan, Erika L ESQ<br>   a. 2500 N Military Trail Boca Raton, FL 33431 | **HealthSCOPE Benefits INC.** (62308)<br>1. 27 Corporate Hill Dr. Little Rock, AR 72205<br>2. CT Corporation System<br>   a. 67 Burnside Ave. East Hartford, CT 06108 |
| **HealthSmart Care Management Solutions L.P.** (75250)<br>1. 222 West Las Colinas Blvd. suite 500 north tower Irving, TX 75039<br>2. CT Corporation System<br>   a. 3867 Plaza tower Dr. Baton Rouge, LA 70816<br>3. 222 West Las Colinas Blvd. suite 500 north tower Irving, TX 75039 | **Healthspring INC.** (63092)<br>1. 529 Great Circle Rd. Nashville, TN 37228<br>2. CT Corporation System<br>   a. 67 Burnside Ave. East Hartford, CT 06108 |
| **HELMSMAN MANAGEMENT SERVICES LLC** (33600)<br>1. 175 Berkeley St Boston, MA 2116<br>2. Corporation Service Company<br>   a. 82 State Street Boston, MA 2109 | **Hewitt, Coleman & Associates, LLC** (97041)<br>1. 850 S Pleasantburg Dr Greenville, SC 29607<br>2. Robert P. Harling<br>   a. 1627 E. North Street Greenville, SC 29607<br>3. 1627 E. North Street Greenville, SC 29607 |
| **HMO LOUISIANA, INC.** (00670)<br>1. 5525 Reitz Avenue Baton Rouge, LA 70809<br>2. Michele S. Calandro<br>   a. 5525 Reitz Avenue Baton Rouge, LA 70809<br>3. Melany Chapman<br>   a. PO 98029 Baton Rouge, LA 70898-9029 | **HMO LOUISIANA, INC.** (SB670)<br>1. 5525 Reitz Avenue Baton Rouge, LA 70809<br>2. Michele S. Calandro<br>   a. 5525 Reitz Avenue Baton Rouge, LA 70809<br>3. Melany Chapman<br>   a. PO 98029 Baton Rouge, LA 70898-9029 |
| **Humana Insurance Company** (61101)<br>1. 1100 Employers Blvd Depere WI 70201<br>2. Corporation Service Company<br>   a. 421 West Main St. Frankfort, KY 40601 | **HumanaMilitary** (38520)<br>1. DHA 7700 Arlington Boulevard Suite 5101 Falls Church, VA 22042<br>3. P.O. Box 740062 Louisville, KY 40201 |
| **HumanaMilitary** (61125)<br>1. DHA 7700 Arlington Boulevard Suite 5101 Falls Church, VA 22042<br>3. P.O. Box 740062 Louisville, KY 40201 | **Health Plan of Nevada INC.** (76342)<br>1. 2720 N Tenaya Way Las Vegas, NV 89128<br>2. CT CORPORATION SYSTEM<br>   a. 701 S Carson St Ste 200 Carson City, NV 89701<br>3. PO Box 15645 Las Vegas, NV 89114 |
| **Health Net Federal Services, LLC**<br>1. 2025 Aerojet Road Rancho Cordova, CA 95742<br>2. C T Corporation System INC<br>   a. 818 W. 7th Street Los Angeles, CA 90017<br>3. 818 W. 7th Street Los Angeles, CA 90017 | **Highmark Inc** (66006)<br>1. 120 Fifth Ave Pittsburgh, PA 15222<br>3. 120 Fifth Ave Pittsburgh, PA 15222 |

| | |
|---|---|
| **KEY MEDICAL GROUP, INC.** (IP082)<br>1. 3335 S. Fairway Visalia, CA 93277<br>2. Steve Beargeon<br>    a. 3335 S. Fairway Visalia, CA 93277<br>3. "Attn Legal Department" 3335 S. Fairway Visalia, CA 93277 | **KEY MEDICAL GROUP, INC.** (IP083)<br>1. 3335 S. Fairway Visalia, CA 93277<br>2. Steve Beargeon<br>    a. 3335 S. Fairway Visalia, CA 93277<br>3. "Attn Legal Department" 3335 S. Fairway Visalia, CA 93277 |
| **Attorney Kutner, Adam S**<br>1. 1137 South Ranch Dr. #1 Las Vegas, NV 89102 | **Las Vegas Metropolitan Police Department**<br>1. 400 S. Martin L. King Blvd Las Vegas, NV 89106<br>2. N/A<br>3. 400 S. Martin L. King Blvd Las Vegas, NV 89106<br>ATTN: Legal Department |
| **Liberty Mutual Insurance Company** (33600)<br>1. 175 Berkeley St. Boston, MA 02116<br>2. Corporation Service Company<br>    a. 84 State St. Boston, MA 02109 | **Liberty Mutual Insurance Company** (33600)<br>1. 175 Berkeley St. Boston, MA 2116<br>2. Corporation Service Company<br>    a. 84 State St. Boston, MA 02109 |
| **Loomis Benefits, Inc.** (23223)<br>1. 8367 West Flamingo Rd Ste 202 Las Vegas, NV 89147<br>2. CORPORATION SERVICE COMPANY<br>    a. 112 North Curry Street Carson City, NV 89703 | **Louisiana Workers' Compensation Corporation**<br>1. 2237 S. Acadian Thruway Baton Rouge, LA 70808<br>2. Stephen W. Cavanaugh / Dickie W. Patterson<br>    a. 2237 S. Acadian Thruway Baton Rouge, LA 70808<br>3. 2237 South Acadian Thruway Baton Rouge, LA 70808 |
| **Markel Corporation**<br>1. 4521 Highwoods Pkwy Glen Allen, VA 23060<br>2. Richard R. Grinnan<br>    a. 4521 Highwoods Parkway Glen Allen, VA 23060 | **Medica Health Management, LLC** (94265)<br>1. 401 Carlson Parkway Minnetonka, MN 55305 |
| **Meritain Health, Inc** (41124)<br>1. CT Corporation System 28 Liberty Street New York, NY<br>2. C T CORPORATION SYSTEM<br>    a. 28 Liberty St. New York, NY 10005<br>3. 111 SE Third Street Suite 100 Evansville, IN 47708 | **MUTUAL OF OMAHA MEDICARE ADVANTAGE COMPANY**<br>1. 3300 Mutual Of Omaha Plaza Omaha, NE 68175<br>3. 3300 Mutual Of Omaha Plaza Omaha, NE 68175 |
| **NALC Health Benefit Plan** (53011)<br>1. 20547 Waverly Court Ashburn, VA 20149<br>3. 20547 Waverly Court Ashburn, VA 20149 | **National Health Finance, DM, LLC.**<br>1. 1347 N. Alma School Rd., Suite 150 Chandler, AZ 85224<br>2. Ryan Holzer<br>    a. 1347 N. Alma School Rd., Suite 150 Chandler, AZ 85224 |
| **Noridian Healthcare Solutions, LLC**<br>1. 900 42nd St S Fargo, ND 58103<br>2. Gregory B Gullickson<br>    a. 901 40th St S Ste 1 Fargo, ND 58121 | **Novitas Solutions, Inc.** (MR085)<br>1. 501 Grant Street, Suite 600 Pittsburgh, PA 15219<br>2. C T CORPORATION SYSTEM<br>    **a.** 1999 Bryan St., Ste. 900 Dallas, TX 75201 |

| | |
|---|---|
| **New Era Life Insurance Company** (75281)<br>1. 11720 Katy Freeway, Suite 1700 Houston, TX 77079<br>3. 11720 Katy Freeway, Suite 1700 Houston, TX 77079 | **Novitas Solutions, Inc.**<br>1. 2020 Technology Pkwy Mechanicsburg, PA 17050<br>2. CT Corporation System<br>   a. 116 Pine St # 320 Harrisburg, PA 17101<br>3. 116 Pine St # 320 Harrisburg, PA 17101 |
| **New Jersey Property-Liability Insurance Guaranty Association**<br>1. 233 Mt Airy Rd. Basking Ridge, NJ 07920<br>3. 233 Mt Airy Rd. Basking Ridge, NJ 07920 | **Palmetto GBA, LLC**<br>1. 17 Technology Cir Columbia, SC 29203<br>2. Duncan S. Mcintosh<br>   a. I-20 at Alpine Road, AA-270 Columbia, SC 29219 |
| **PHP Agency, Inc.**<br>1. 16650 Westgrove Dr STE 500 Addison, TX 75001<br>2. Patrick Betdavid<br>   a. 801 N Brand Blvd Ste 1180 Glendale, CA 91203 | **Planned Administrators INC.** (37287)<br>1. 17 Technology Cir e2ag Columbia, SC 29203<br>2. Duncan S. McIntosh<br>   a. 2501 Faraway Dr. Columbia, SC 29223<br>3. 17 Technology Cir e2ag Columbia, SC 29203 |
| **Pirelli Armstrong Tire Corp Retiree Med Benefits TR**<br>1. PO Box 1449 Goodlettsville, TN 37070 | **Peoples Health Inc**<br>1. Three Lakeway Center 3838 N. Causeway Blvd., Suite 2200 Metairie, LA 70002<br>2. C T CORPORATION SYSTEM<br>   a. 3867 Plaza Tower Dr. Baton Rouge, LA 70816<br>3. 3867 Plaza Tower Dr. Baton Rouge, LA 70816 |
| **Presbyterian Healthcare Services** (PREHP)<br>1. 9521 San Mateo Blvd NE Albuquerque, NM 87113<br>2. C T CORPORATION SYSTEM<br>   a. 206 S Coronado Ave Espanola NM 87532<br>3. 206 S Coronado Ave Espanola NM 87532 | **Rancho Santa Fe Insurance and Financial Services** (504912)<br>1. 6105 Paseo Delicias Rancho Santa Fe, CA 92067<br>2. Ty W. Shute<br>   a. 4370 La Jolla Village Drive, Suite 300 San Diego, CA 92122 |
| **Republic Group an Amtrust Financial Company** (12491)<br>1. 5525 Lyndon B Johnson Fwy Dallas, TX 75204<br>3. PO Box 89453 Attention: Claims Imaging Cleveland, OH 44101 | **Rosen Law Office**<br>1. 6465 W. Sahara #103 Las Vegas, NV 89146 |
| **R H Administrators Inc**<br>1. 5502 58th St #700 Lubbock, TX 79414<br>2. CT Corporation System<br>   a. 1200 South Pine Island Road Plantation, FL 33324 | **The South Carolina School Boards Association**<br>1. 111 Research Drive Columbia, SC 29203<br>2. 1401 Hampton St Columbia, SC 29201 |
| **Select Health of South Carolina, Inc.**<br>1. 181 E Evans St # 6 Florence, SC 29506<br>2. C T Corporation System<br>   a. 2 Office Park Court Suite 103 Columbia, SC 29223<br>3. PO Box 31386 Tampa, FL 33631 | **Scott & White Health Plan** (88030)<br>1. 1206 W campus Dr. Temple, TX 76502<br>2. CT CORPORATION SYSTEM<br>   a. 1999 Bryan St., Ste. 900 Dallas, TX 75201 |
| **Sedgwick Claims Management Services Ltd** (J2545)<br>1. 8125 Sedgwick Way Memphis, TN 38125<br>2. CSC<br>   a. 701 Brazos St Suite 1050 Austin, TX 78701<br>3. 701 Brazos St Suite 1050 Austin, TX 78701 | **Sedgwick Claims Management Services Ltd** (J2719)<br>1. 8125 Sedgwick Way Memphis, TN 38125<br>2. CSC<br>   a. 701 Brazos St Suite 1050 Austin, TX 78701<br>**3.** 701 Brazos St Suite 1050 Austin, TX 78701 |

| | |
|---|---|
| **Sedgwick Claims Management Services Ltd** (J3294)<br>1. 8125 Sedgwick Way Memphis, TN 38125<br>2. CSC<br>    a. 701 Brazos St Suite 1050 Austin, TX 78701<br>3. 701 Brazos St Suite 1050 Austin, TX 78701 | **Service LLoyds Insurance Co.** (J1593)<br>1. 6907 N. Capital of Texas Hwy Austin, TX 78731<br>3. PO Box 26850 Austin, TX 78755 |
| **Sierra Health And Life Insurance Company, Inc**<br>1. 2720 N. Tenaya Way Las Vegas, NV<br>2. CT CORPORATION SYSTEM<br>    a. 701 S Carson St Ste 200 Carson City, NV 89701<br>3. PO Box 15645 Las Vegas, NV 89114 | **Silverback LLC** (87726)<br>1. 1701 River Run suite 205 Fort Worth, TX 76107<br>2. Fowad Choudhry<br>    a. 1701 River Run suite 205 Fort Worth, TX 76107 |
| **Southern Benefit Administrators, Inc.**<br>1. 2001 Caldwell Dr. Goodlettsville, TN 37072<br>2. Jeret Brassell<br>    a. 2001 Caldwell Dr. Goodlettsville, TN 37072<br>3. PO Box 1449 Goodlettsville, TN 37070 | **SELECT HEALTH OF SOUTH CAROLINA INC.**<br>1. 4390 Belle Oaks Dr #400 North Charleston, SC 29405<br>2. C T Corporation System INC<br>    a. 2 Office Park Court Suite 103 Columbia, SC 29223<br>3. 2 Office Park Court Suite 103 Columbia, SC 29223 |
| **Summit Consulting LLC**<br>1. 2310 Commerce Point Drive Lakeland, FL 33801<br>2. CT Corporation System<br>    a. 1200 South Pine Island Road Plantation, FL 33324 | **T C & C MEDICAL MANAGEMENT COMPANY, L.L.C.** (00315)<br>1. 4400 Leeds Ave North Charleston, SC 29405<br>2. Thomas H Cooper<br>    a. 360 Concord St Ste 210 North Charleston, SC 29401 |
| **Teachers Health Trust**<br>1. 2950 E Rochelle Ave Las Vegas, NV 89121<br>2. N/A<br>3. 2950 E Rochelle Ave Las Vegas, NV 89121 ATTN: Legal Department | **Telligen Inc**<br>1. 1776 West Lakes Parkway West Des Moines, IA 50266<br>2. Registered Agent Solutions, Inc.<br>    a. 400 E Court Ave Ste 110 DES MOINES, IA 50309 |
| **TEXAS ASSOCIATION OF SCHOOL BOARDS, INC.**<br>1. 12007 Research Blvd Austin, TX 78759<br>2. James B. Crow<br>    a. 12007 Research Blvd. Austin, TX 78759-2439 | **Texas Indigent Health Care Association; Travis County Healthcare District**<br>1. 2028 E. Ben White Ste. 115 Austin, TX 78741 |
| **Texas Municipal League Intergovernmental Risk Pool** (39026)<br>1. 1821 Rutherford Ln Austin, TX 78754<br>3. Leah Simon<br>    **a.** 1821 Rutherford Lane Austin, TX 78754 | **Texas Mutual Insurance Company** (22945)<br>1. 2200 Aldrich Street Austin, TX 78723<br>2. Mike Barrom<br>    a. 6210 US Hwy 290 East Austin, TX 78723<br>3. 2200 Aldrich Street Austin, TX 78723 |
| **THE HARTFORD FINANCIAL SERVICES GROUP, INC.**<br>1. One Hartford Plaza Hartford, CT 6155<br>2. C T CORPORATION SYSTEM<br>    a. 67 Burnside Ave East Hartford, CT 6108<br>3. Deborah Morgan<br>    a. One Hartford Plaza Hartford, CT 6155 | **The Queen's Health Systems - NPO**<br>1. 1301 Punchbowl Street Honolulu, HI 96813<br>2. John S. Nitao<br>    a. 1301 Punchbowl St Honolulu, HI 96813<br>3. Attn: Mari in Legal<br>    a. 1301 Punchbowl Street Honolulu, HI 96813 |

| | |
|---|---|
| **The Travelers Companies, INC.** (19046)<br>1. 485 Lexington Ave. New York, NY 10017<br>3. P.O. Box 660456 Dallas, TX 75265 | **TRIWEST HEALTHCARE ALLIANCE CORP.** (99726)<br>1. 15810 N 28th Ave Phoenix, AZ 85053<br>2. Corporation Service Company<br>    a. 1201 Hays St. Tallahassee, FL 32301 |
| **U.S. Department of Health & Human Services**<br>1. 200 Independence Avenue, S.W. Washington, D.C. 20201<br>3. 200 Independence Avenue, S.W. Washington, D.C. 20201 | **UMR, Inc. successor to Commonwealth Administrators, LLC.** (37237)<br>1. 11 Scott St. Wausau, WI 54403<br>2. C T Corporation System INC<br>    a. 306 W. Main St. Suite 512 Frankfort, KY 40601<br>3. Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 |
| **Unified Life Insurance Co.**<br>1. 7201 W 129th St. Suite 300 Overland Park, KS 66213<br>2. Corporation Service Company Dba CSC Lawyers Incorp<br>    a. 211 E 7th St Ste 620 Austin, TX 78701 | **UnitedHealthcare, INC.** (36273)<br>1. 9800 Health Care Lane Minnetonka, MN 55343<br>2. C T Corporation System INC<br>    a. 1010 Dale St N St. Paul, MN 55117<br>3. 1010 Dale St N St. Paul, MN 55117 |
| **UnitedHealthcare, INC.** (37602)<br>1. 9800 Health Care Lane Minnetonka, MN 55343<br>2. C T Corporation System INC<br>    a. 1010 Dale St N St. Paul, MN 55117<br>3. 1010 Dale St N St. Paul, MN 55117 | **UnitedHealthcare, INC.** (81400)<br>1. 9800 Health Care Lane Minnetonka, MN 55343<br>2. C T Corporation System INC<br>    b. 1010 Dale St N St. Paul, MN 55117<br>3. 1010 Dale St N St. Paul, MN 55117 |
| **UnitedHealthcare, INC.** (87726)<br>1. 9800 Health Care Lane Minnetonka, MN 55343<br>2. C T Corporation System INC<br>    c. 1010 Dale St N St. Paul, MN 55117<br>3. 1010 Dale St N St. Paul, MN 55117 | **UnitedHealthcare, INC.** (77082)<br>1. 9800 Health Care Lane Minnetonka, MN 55343<br>2. C T Corporation System INC<br>    a. 1010 Dale St N St. Paul, MN 55117<br>3. 1010 Dale St N St. Paul, MN 55117 |
| US DOL - **Division of Federal Employees' Compensation** (J1438)<br>1. Charles E. Bennett Federal Building, 400 W Bay Street, Suite 826 Jacksonville, FL 32202<br>3. US Department of Labor, DFEC Central Mailroom - District 6, PO Box 8300 London, KY 40742 | **UPMC**<br>1. 200 Lothrop Street Pittsburgh, PA 15213 |
| **Vanliner Insurance Company** (J3151)<br>1. 1 Premier Drive Fenton, MO 63026<br>2. CSC<br>    a. 221 Boliver Street Jefferson City, MO 65101<br>3. Darrel Flustner<br>    a. PO Box 26352 Fenton, MO 63026 | **Veterans Health Administration Office of Community Care** (VHA OCC) (84146)<br>1. 3773 Cherry Creek N Dr Denver, CO 80209 |
| **WellMed Medical Management Inc** (36273)<br>1. 1660 S Staples St Ste 150 Corpus Christi, TX 78404<br>2. C T Corporation System INC<br>    a. 1999 Bryan St. Suite 900 Dallas, TX 75201<br>3. 1660 S Staples St Ste 150 Corpus Christi, TX 78404 | **WellMed Medical Management Inc** (WELM2)<br>1. 1660 S Staples St Ste 150 Corpus Christi, TX 78404<br>2. C T Corporation System INC<br>    a. 1999 Bryan St. Suite 900 Dallas, TX 75201<br>3. 1660 S Staples St Ste 150 Corpus Christi, TX 78404 |

| | |
|---|---|
| **Coventry Health Care, Inc.** (25133)<br>1. 6705 Rockledge Drive, Suite 900 Bethesda, MD 20817<br>2. C T Corporation system<br>    a. CORPORATION TRUST CENTER 1209 Orange St Wilmington, DE 19801<br>3. Corporation Trust Center 1209 Orange St Wilmington, DE 19801 | **WPS, INC** (C4457)<br>1. 1717 W. Broadway Monona, WI 53713<br>2. Willie H. Schroeder<br>    a. 1966 21 15/16 Street Rice Lake, WI 54868<br>3. 1765 West Broadway Madison, WI 53713 |
| **WPS, INC** (VAPC3)<br>1. 1717 W. Broadway Monona, WI 53713<br>2. Willie H. Schroeder<br>    a. 1966 21 15/16 Street Rice Lake, WI 54868<br>3. 1765 West Broadway Madison, WI 53713 | **York Risk Services Group, INC.**<br>1. 1 Upper Pound Road Bldg 4th Floor Parsippany, NJ 07054<br>2. Corporation Service Company<br>    a. 80 State Street Albany, NY 1220<br>3. 80 State Street Albany, NY 1220 |
| **Zurich American Insurance Co.** (WA039)<br>1. 1299 Zurich Way Schaumburg, IL 60196<br>2. Corporation Service Company<br>    a. 211 E. 7th Street Suite 260 Austin, TX 78701<br>3. 211 E. 7th Street Suite 260 Austin, TX 78701 | |