Ammar Dadabhoy
Wong Fleming
State Bar No: 24088812
77 Sugar Creek Center Blvd., Suite 401
Sugar Land, TX 77478
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com
ATTORNEY FOR HUMANA INSURANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REVOLUTION MONITORING, LLC** | § | CASE NO. 18-33730-hdh |
| | § | |
| **REVOLUTION MONITORING** | § | CASE NO. 18-33731-hdh |
| **MANAGEMENT LLC,** | § | |
| | § | |
| **REVOLUTION NEUROMONITORING LLC** | § | CASE NO. 18-33732-hdh |
| | § | |
| Debtors. | § | (Jointly Administered) |

## HUMANA INSURANCE COMPANY'S OBJECTION TO THE MOTION OF LIQUIDATING TRUSTEE FOR RULE 2004 EXAMINATION

Humana Insurance Company (hereinafter, "Humana"), by and through their undersigned attorney, hereby objects to the Motion of Liquidating Trustee for Rule 2004 Examination ("Motion") (ECF No. 147) for the following reasons:

### I. OBJECTIONS

The Motion and attached subpoena requests are overly broad and place an unreasonable burden on Humana. Production of the requested documents would violate the Health Insurance Portability and Accountability Act ("HIPAA") Standards for privacy of Individually Identifiable

Health Information. Additionally, production of the requested documents exceeds the permissible scope of a subpoena and would cause Humana to incur undue burden and expense. Moreover, much of the information sought by the subpoena is in the possession of the debtors.

UnitedHealth Group Incorporated (ECF No. 154), Cigna (ECF No. 162), Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (ECF. 167), and Liberty Mutual Insurance Company (ECF No. 168) have filed various objections to the Motion. The arguments made in support of these interested parties' objections also support Humana's objections. Therefore, Humana further incorporates by reference the arguments contained in the objections filed by UnitedHealth Group Incorporated, Cigna, Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. and Liberty Mutual as if asserted in full herein. *See* Fed. R. Bankr. P. 7010; Fed. R. Civ. P. 10(c).

## II.    PRAYER

Based on the foregoing, Humana respectfully requests that the Court deny the Motion, and grant Humana such other relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Ammar Dadabhoy*
Ammar Dadabhoy
Tx. State Bar No. 24088812
WONG FLEMING
77 Sugar Creek Center Blvd.
Suite 401
Sugar Land, TX 77478
Tel: (281) 340-2074
Fax: (866) 240-0629
adadabhoy@wongfleming.com

*Attorneys for Humana Insurance Company*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 17, 2019, a copy of the foregoing was served on all counsel of record herein by the Court's ECF notification system.

                                              */s/ Ammar Dadabhoy*
                                              Ammar Dadabhoy