Eliot T. Burriss
Texas Bar No. 24040611
Calli A. Turner
Texas Bar No. 24088558
McDermott Will & Emery LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
(214) 295-8053 - tel
(972) 920-3117 – fax
eburriss@mwe.com
cturner@mwe.com
Attorneys for Cigna

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** <br><br> **REVOLUTION MONITORING, LLC** | **CASE NO. 18-33730-hdh** |
| **REVOLUTION MONITORING MANAGEMENT LLC,** | **CASE NO. 18-33731-hdh** |
| **REVOLUTION NUEROMONITORING LLC** | **CASE NO. 18-33732-hdh** |
| Debtors. | (Jointly Administered) |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Cigna[1] files this Motion to Withdraw as Counsel and in support thereof would respectfully show the Court as follows:

1.   Cigna requests that Calli Turner of McDermott Will & Emery be permitted to withdraw as counsel.

---

[1] The Rule 2004 Examination (ECF No. 147) appears to identify various entities that may be affiliated with Cigna. Because the Motion fails to utilize proper legal names for potential witnesses, Cigna is unable to confirm the identity of all Cigna-related entities named in the Rule 2004 Motion. By objecting herein, Cigna does not consent to service of any subpoena on itself or any of its subsidiaries or affiliated entities and does not waive any objection relating to the Liquidating Trustee's failure to properly identify any particular Cigna entity.

2. Present counsel for Cigna is Eliot Burriss who is no longer with McDermott Will & Emery and will continue to represent Cigna.

3. This withdrawal is not being requested for purposes of delay.

Mrs. Turner requests that she be permitted to withdraw as counsel for Cigna and that she be discharged from further responsibilities as counsel in this case.

For these reasons, Cigna respectfully requests that this Motion to Withdraw as Counsel be granted and for all other relief to which it may be justly entitled.

Respectfully submitted,

*s/ Calli Turner*
Calli A. Turner
State Bar No. 24088558
cturner@mwe.com
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood, Suite 1900
Dallas, Texas 75201
(214) 295-8000
(972) 232-3098 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, a true and correct copy of the foregoing document was served by electronic transmission through the Court's Case Management Electronic Case Filing system.

*s/ Calli Turner*
Calli Turner

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 23, 2020, I conferred with counsel for Plaintiff who is unopposed to the relief sought herein.

*s/ Calli Turner*
Calli Turner