Steven T. Holmes
State Bar No. 00794918
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7302
Fax: (214) 573-7399
Email: sholmes@chfirm.com

Attorneys for Jeffrey H. Mims, Liquidating Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REVOLUTION MONITORING, LLC** | § | **CASE NO. 18-33730-hdh** |
| | § | |
| | § | |
| **REVOLUTION MONITORING** | § | **CASE NO. 18-33731-hdh** |
| **MANAGEMENT LLC,** | § | |
| | § | |
| **REVOLUTION NEUROMONITORING LLC** | § | **CASE NO. 18-33732-hdh** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF POST-CONFIRMATION STATUS CONFERENCE

PLEASE TAKE NOTICE that a post-confirmation status conference in the above-captioned proceeding will be held before the Honorable Harlin D. Hale on **Friday, October 23, 2020** at **9:00 A.M.** on the fourteenth floor of the Earle Cabell Federal Building, Courtroom No. 3, 1100 Commerce Street, Dallas, Texas 75242.

Respectfully submitted,

***/s/ Steven T. Holmes***
Steven T. Holmes
State Bar No. 00794918
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Direct Dial: (214) 573-7305
Fax: (214) 573-7399
Email: sholmes@chfirm.com
Attorneys for Jeffrey H. Mims, Liquidating Trustee

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on February 10, 2020 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas; on all parties-in-interest submitting to service of papers in this.

Respectfully submitted,

*/s/ Steven T. Holmes*
Steven T. Holmes