Steven T. Holmes
State Bar No. 00794918
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7302
Fax: (214) 573-7399
Email: sholmes@chfirm.com

Attorneys for Jeffrey H. Mims, Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REVOLUTION MONITORING, LLC** | § | **CASE NO. 18-33730-hdh** |
| | § | |
| **REVOLUTION MONITORING MANAGEMENT LLC,** | § | **CASE NO. 18-33731-hdh** |
| | § | |
| **REVOLUTION NEUROMONITORING LLC** | § | **CASE NO. 18-33732-hdh** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |

## NOTICE OF HEARING

 PLEASE TAKE NOTICE that a hearing on the *Motion to Compel Turnover of Property to the Estate* [Docket No. 300] will be held before the Honorable Harlin D. Hale on **Thursday, April 1, 2021** at **1:30 P.M.** on the fourteenth floor of the Earle Cabell Federal Building, Courtroom No. 3, 1100 Commerce Street, Dallas, Texas 75242.

Respectfully submitted,

*/s/ Steven T. Holmes*
Steven T. Holmes
State Bar No. 00794918
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX  75202
Direct Dial: (214) 573-7305
Fax: (214) 573-7399
Email: sholmes@chfirm.com

Attorneys for Jeffrey H. Mims, Liquidating Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 2nd day of March, 2021 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas; on all parties-in-interest submitting to service of papers in this case by said means and via U.S. first-class mail on the following:

Medical Practice Solutions, LLC
Adriana Villareal
3400 Waterview Parkway, Suite 305
Richardson, TX 75080-1472

Quality Control Service Consultants, LLC
c/o David E. Turner
18302 Noyce Road
Crosby, TX, 77532-7807

FTGU Medical Billing, LLC
Corporation Service Company dba CSC
Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

*/s/ Steven T. Holmes*
Steven T. Holmes